IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIGUEL ANTONIO AGUIRRE,

    Plaintiff,

v.                                                                                  No. CV 16-1319 MV/CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on December 8, 2017. (Doc. 27). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision With Supporting Memorandum*, (Doc. 20), be denied. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 27 at 17). No objections have been filed and the deadline of December 22, 2017 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision With Supporting Memorandum*, (Doc. 20), is **DENIED** and this cause of action is **DISMISSED WITH PREJUDICE**.

_____
HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE